PROB 12C
(7/93)

Report Date: April 10, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Asis F. Rosalez                    Case Number: 2:04CR00137-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 03/15/2005

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 |
| Original Sentence: | Prison - 106 Months<br>TSR - 72 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| | Date Supervision Commenced: 10/28/2011 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: 10/27/2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On April 5, 2012, the defendant attended the Sobriety Treatment and Education Program (STEP) session. He was directed to report to the U.S. Probation Office in person, daily. The undersigned officer instructed Mr. Rosalez to report Monday through Friday at 9:00 a.m. Mr. Rosalez failed to follow the instructions of his probation officer by failing to report on April 9, 2012. Attempts to contact him by telephone have been unsuccessful. |
| 2 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On April 5, 2012, Mr. Rosalez reported that he would be staying at the Union Gospel Mission while attempting to secure a stable residence. On April 9, 2012, the undersigned officer contacted staff at the Union Gospel Mission in an attempt to contact the defendant. It was reported that Mr. Rosalez was not currently at their facility, nor had he stayed there over the weekend. His current whereabouts are unknown. |

Prob12C
Re: Rosalez, Asis F
April 10, 2012
Page 2

        3         **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

                 **Supporting Evidence**: On April 6, 2012, Mr. Rosalez submitted a urine sample to staff at Pioneer Counseling. The sample tested presumptive positive for methamphetamine. Mr. Rosalez admitted to the undersigned officer that he had consumed methamphetamine earlier in the week. Mr. Rosalez failed to report for urinalysis testing on April 9, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/10/2012

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer
C. IMBROGNO, US MJ

04-10-2012
Date