PROB 12C
(7/93)

Report Date: June 5, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 5 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Asis F. Rosalez        Case Number: 2:04CR00137-001

Address of Offender: ▮▮▮▮▮▮  Spokane, WA  99207

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/15/2005

Original Offense:  Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1);
                   Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924

Original Sentence:  Prison - 106 Months          Type of Supervision:  Supervised Release
                    TSR - 72 Months

Asst. U.S. Attorney:  Pamela J. Byerly           Date Supervision Commenced:  10/28/2011

Defense Attorney:  Roger Peven                   Date Supervision Expires:  10/27/2017

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 30, 2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 & 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On June 1, 2012, Mr. Rosalez was stopped by Spokane police officers for riding a bicycle without a helmet. Asis Rosalez initially attempted to evade officers on his bicycle. He was subsequently arrested for the charge of Refusal to Cooperate or Give Information, in violation of RCW 46.61.020 (misdemeanor). During search incident to arrest, officers located a substance that field tested positive for methamphetamine, in addition to a fake $100 bill. As a result, Mr. Rosalez was also charged with Possession of Controlled Substance/Methamphetamine, in violation of RCW 69.50.4013(1) (felony). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/05/2012

s/Matthew L. Thompson

Matthew L Thompson
Supervising U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

6/5/12
Date