PROB 12C
(7/93)

Report Date: April 16, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 6 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Asis F. Rosalez           Case Number: 0980 2:04CR00137-WFN-1

Address of Offender: 

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2005

Original Offense:      Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1);
                       Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924

Original Sentence:     Prison 106 months;              Type of Supervision: Supervised Release
                       TSR - 72 months

Asst. U.S. Attorney:   Pamela J. Byerly                Date Supervision Commenced: April 7, 2014

Defense Attorney:      Roger Peven                    Date Supervision Expires: April 6, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a
                     controlled substance. The defendant shall submit to one drug test within 15 days of release
                     from imprisonment and at least two periodic drug tests thereafter, as directed by the
                     probation officer.

                     **Supporting Evidence**: Asis Rosalez submitted urine specimens that were confirmed positive
                     for methamphetamine on April 7 and 9, 2015. Additionally, he submitted a urine specimen
                     on April 15, 2015, which tested positive for methamphetamine. The offender further signed
                     an admission of drug use form on April 15, 2015, admitting to the consumption of
                     methamphetamine on the same date.

2                    **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless
                     excused by the probation officer for schooling, training or other acceptable reasons.

                     **Supporting Evidence**: Since Mr. Rosalez' release from inpatient treatment on March 5,
                     2015, he has failed to secure legitimate employment.

Prob12C
Re: Rosalez, Asis F
April 16, 2015
Page 2

   3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

       **Supporting Evidence**: Asis Rosalez failed to report for random urinalysis drug testing as scheduled on April 13, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/16/2015

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

4/16/15
Date